1  Joseph E. Addiego III (CA SBN 169522)
   John D. Freed (CA SBN 261518)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        joeaddiego@dwt.com
5                jakefreed@dwt.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JESSE NIETO JR.,                    Case No. 2:20-cv-00422-JAM-EFB

                                       **[~~PROPOSED~~] ORDER GRANTING**
12            Plaintiff,               **DEFENDANT JPMORGAN CHASE**
                                       **BANK, N.A.'S EX PARTE REQUEST**
13      v.                             **FOR INITIAL EXTENSION OF TIME TO**
                                       **RESPOND TO COMPLAINT**
14 JPMORGAN CHASE BANK, N.A., et al.,

15            Defendants.              [Civ. L.R. 144(a)]

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**[~~PROPOSED~~] ORDER**

Presently before the Court is Defendant JPMorgan Chase Bank, N.A.'s *ex parte* application for an initial extension of time to respond to the Complaint pursuant to Local Rule 144(c). Good cause appearing, the Court GRANTS Chase's request. Chase shall answer, move to dismiss, or otherwise respond to the Complaint on or before March 30, 2020.

The Clerk is directed to terminate ECF No. 6.

IT IS SO ORDERED.

DATED: March 11, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE