UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE NIETO JR., | No. 2:20-cv-0422-JAM-EFB PS |
| Plaintiff, | |
| v. | **AMENDED** ORDER RE SETTLEMENT & DISPOSITION |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the notice of settlement filed (ECF No. 18), the court has now determined that the matter has settled as to plaintiff and defendant JP Morgan Chase.[1]

The court now orders that dispositional documents as to those parties are to be filed not later than sixty (60) days from the date of this order.

All hearing dates heretofore set in this matter are VACATED and the pending motion to dismiss filed by JP Morgan Chase (ECF No. 10) is denied as moot.

/////

/////

/////

/////

---

[1] Defendant U.S. Bank Trust, N.A. filed an answer on March 2, 2020.

1   FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4       IT IS SO ORDERED.
5   DATED:  May 5, 2020.

6                                       EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE