UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE NIETO, JR., | No. 2:20-cv-0422-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

On February 25, 2020, the court issued an order setting an initial scheduling conference for August 12, 2020, and directing the parties to file status report by no later than July 29, 2020. ECF No. 2. Defendant U.S. Bank Trust, N.A., As Trustee For LSF9 Master Participation Trust ("LSF9") timely filed a status report. ECF No. 23. Plaintiff, however, failed to separately file his own status report.

Accordingly, plaintiff is order to show cause why sanctions should not be imposed for his failure to comply with the court's February 25, 2020 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.").

1

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The initial scheduling conference currently set for August 12, 2020 is continued to August 26, 2020 at 10:00 a.m., in Courtroom No. 8.

2. On or before August 12, 2020, plaintiff shall file a status report in accordance with the court's February 25, 2020 order. *See* ECF No. 2.

3. Plaintiff shall show cause, in writing, no later than August 12, 2020, why sanctions should not be imposed for failure to comply with the court's February 25, 2020 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

DATED: July 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2