UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE NIETO, JR., | Case No.  2:20-cv-00422-JAM-JDP |
| Plaintiff, | ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT JP MORGAN CHASE BANK, N.A. FROM THE DOCKET |
| v. | |
| JP MORGAN CHASE BANK, N.A., *et al.*, | ORDER PROVIDING PLAINTIFF WITH NOTICE THAT FAILURE TO SERVE DEFENDANT CALIBER HOME LOANS, INC., IS GROUNDS FOR DISMISSAL |
| Defendants. | |

On July 20, 2020, the parties stipulated to the dismissal of defendant JP Morgan Chase Bank, N.A. with prejudice from this action under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  ECF No. 20.  Accordingly, it is no longer a party in this case, and I direct the clerk to terminate that defendant from the docket.

Additionally, it appears that defendant Caliber Home Loans, Inc., has not been served with the summons and complaint, and more than 90 days have passed since the filing of this action.  Accordingly, the court provides notice under Rule 4(m) that this defendant is subject to dismissal unless plaintiff can correct service and make a showing of good cause for the delay.

Dated:  October 15, 2020

_____
UNITED STATES MAGISTRATE JUDGE